# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138254

RUDY DENHA,
        Plaintiff-Appellant,

v

DART PROPERTIES, INC.,
        Defendant-Appellee,
and

JARVIS PAINTING, INC., d/b/a JARVIS
CONSTRUCTION COMPANY, and ASPHALT
SPECIALISTS,
        Defendants.

SC: 138254
COA: 282142
Macomb CC: 2006-002299-NI

_____/

     On order of the Court, the application for leave to appeal the January 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

0610

        Clerk